UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                Case Number: 14-20363

v.                              Honorable Thomas L. Ludington

ARMANDO VAZQUEZ-HERRERA,

          Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT TWO OF THE INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

A plea hearing was conducted on July 9, 2014, by United States Magistrate Judge Patricia T. Morris pursuant to Defendant's consent.  Judge Morris issued her report the next day, recommending that this Court accept Defendant's plea of guilty as to Count 2 of the indictment. Although Judge Morris's report explicitly stated that the parties to this action may object to and seek review of the recommendation within 14 days of service of the report, as of today's date, neither party has filed objections.  The failure to object to Judge Morris's report releases the Court from its duty to independently review the record.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Moreover, the failure to file objections to the report waives any further right to appeal. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, it is **ORDERED** that Judge Morris's report and recommendation, ECF No. 13, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty as to Count 2 of the indictment is

**ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 11, is taken **UNDER ADVISEMENT**.


Dated: August 4, 2014                                      s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge

<div style="border:1px solid">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on August 4, 2014.

s/Tracy A. Jacobs
TRACY A. JACOBS

</div>